# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 19-CR-2501-JLS |
| Plaintiff, | ) |
| | ) **ORDER GRANTING UNITED** |
| v. | ) **STATES' MOTION TO ALLOW** |
| | ) **DEFENDANT TO WITHDRAW HIS** |
| DARYL WAYNE JOHNSON II, | ) **GUILTY PLEA** |
| Defendant. | ) Judge:  Hon. Janis L. Sammartino |
| | ) |

Upon the United States' unopposed motion, the Court finds that there are "fair and just reason[s]" to allow Defendant to withdraw his guilty plea to the Information and plead guilty to the Superseding Information charging Defendant with Providing a False Statement to a Federal Officer, a felony, in violation of Title 18, United States Code, Section 1001(a)(2).

**IS IT HEREBY ORDERED** that Defendant's guilty plea is hereby deemed **Withdrawn**.

IT IS SO ORDERED.

Dated:  February 19, 2021

Hon. Janis L. Sammartino
United States District Judge

-1-